IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RANDALL S. McCORMICK

CRIMINAL NO. 15-00488

FILED
OCT 1 3 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 13th day of October, 2016, upon consideration of the government's motion to dismiss, it is hereby ORDERED that the Information filed in this matter is dismissed.

BY THE COURT:

JOEL H. SLOMSKY, J.
United States District Court